```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                 OCT 21 2025

                          CENTRAL DISTRICT OF CALIFORNIA
                          EASTERN DIVISION   BY DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 5:23-cr-109-SSS-1 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. | Allegations of Violations of Probation |
| SHAWN EDWARD WILLIAMS | Supervised Release) |
| | Conditions of Release) |
| Defendant. | |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- Submission to Detention
- Allegations of Substance Abuse

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- Submission to Detention
- No Identified Bail Resources
- Allegation of Absconding

IT IS ORDERED that defendant be detained.

DATED: 10/21/25

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE